# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SENLIN REN,

      Petitioner,

    v.

TODD BLANCHE, *et al.*,

      Respondents.

Case No. 5:26-cv-02159-JWH-AYP

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On July 2, 2026, United States Magistrate Judge Anna Y. Park issued a Report and Recommendation granting the petition for a writ of habeas corpus filed by Petitioner Senlin Ren.[1]  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the R&R, and Ren's Notice of No Objections to the R&R.[2]  The Court has conducted a *de novo* review of the R&R.  Good cause appearing therefor, it is hereby **ORDERED** as follows:

1.    The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.    Judgment shall be entered **GRANTING** the Petition.

3.    The Clerk is **DIRECTED** forthwith to serve a copy of this Order, the Report and Recommendation, and the Judgment herein on Ren and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated:  July 8, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]    Report and Recommendation (the "R&R") [ECF No. 10].

[2]    Pet.'s Not. of No Obj. to R&R [ECF No. 12].