JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENLIN REN,<br><br>      Petitioner,<br><br>   v.<br><br>TODD BLANCHE, *et al.*,<br><br>      Respondents. | Case No. 5:26-cv-02159-JWH-AYP<br><br>**JUDGMENT** |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **GRANTED**.

2.    Judgment is **ENTERED** accordingly.

**IT IS SO ORDERED.**

Dated: July 8, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-